# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

Marilyn Kelly,
Chief Justice

137443 & (93)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHEPHERD MONTESSORI CENTER MILAN,
      Plaintiff-Appellant,

v

    SC: 137443
    COA: 272357
    Washtenaw CC: 00-001072-AS

ANN ARBOR CHARTER TOWNSHIP,
ANN ARBOR CHARTER TOWNSHIP ZONING
OFFICIAL, and ANN ARBOR CHARTER
TOWNSHIP ZONING BOARD OF APPEALS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the November 6, 2003 and August 26, 2008 judgments of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether the Court of Appeals applied the correct standard of review in determining that the defendants violated the plaintiff's right to equal protection; and (2) whether the defendants violated the plaintiff's right to equal protection in denying the plaintiff's request for a variance. The motion to strike the amicus curiae brief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

_____
Clerk

p0701